IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr263-MEF |
| | ) | |
| MICHAEL HEATH CLARK | ) | |

**ORDER**

The court has received the attached letter from defendant dated January 31, 2007. For good cause, it is

ORDERED that the Clerk of the Court serve this order and a copy of the letter on counsel for defendant. Defense counsel is DIRECTED to confer with defendant concerning the contents of the letter and to notify the court on or before February 13, 2007 as to whether the letter requires any further action.

DONE, this 8th day of February, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE

**RECEIVED**

**January 31, 2007**

**FEB - 6 2007**

Susan Russ Walker
United States Magistrate Judge
Middle District of Alabama
Montgomery, Alabama

**Judge Walker
Federal Courthouse
Montgomery AL**

**Judge:**

**My name is Michael Heath Clark. I was arraigned on November 29, 2006. At that time the court appointed Daniel Hamm as my attorney. When we left the courthouse that day, Mr. Hamm told me he would be in contact with me. I gave him my cell phone number and the number where I was working. Around the last of December, he still had not called me, so I called him. He got on me for him not being able to get in touch with me. (He was calling my parents house and they were never there to take the calls.) He told me I needed to come to his office and he set up the appointment for the first week in January. I went at the time he said to come. He was not there. His secretary gave me a package that she said was discovery and told me what I had been charged with and the possible penalties and then set me up another appointment with Mr. Hamm. It was on Jan 18, 2007 at 3PM. Mr. Hamm showed up at 4:05 PM. I had to explain the case against me since he couldn't find his copy of the discovery. He then set up another appointment with me for today at 9:30 AM to look at the video tape they had on my drug sale. I told him at that time that there was no video on me, that the video was on my dad. But I went to the appointment today. I arrived at 9:35 AM and he was not there. I believe it is his assistant that set up the video and we watched it. As I had told him, it was not of me, it was of my dad.**

**I'm telling you all these details because I am requesting that the court appoint me a new attorney. Mr. Hamm either doesn't have**

the time to put any effort into my case or he is just plain incompetent in this kind of case. Either way, I at least need someone that I have some confidence in their ability to represent me in my case.

My address is 2739 CR 341 Maplesville AL 36750. My cell number is 205-389-4326. My work number is 205-280-3666.

Thank you for your consideration.

*Michael Heath Clark*
Michael Heath Clark