IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| VS. | ) CASE NO. 2:06cr263-MEF |
| | ) |
| MICHAEL HEATH CLARK | ) |

**NOTICE OF APPEARANCE**

Notice is hereby given of the appearance of Thomas M. Goggans as counsel for Defendant Michael Heath Clark.

**s/ Thomas M. Goggans**
Ala. S.J.I.S. GOG001
2030 East Second Street
Montgomery AL 36106
PH: 334.834.2511
FX: 334.834.2512
e-mail: tgoggans@tgoggans.com

Attorney for Defendant
Michael Heath Clark

1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| VS. | ) CASE NO. 2:06cr263-MEF |
| | ) |
| MICHAEL HEATH CLARK | ) |

CERTIFICATE OF SERVICE

I hereby certify that I have on this the 21st day of February, 2007, electronically filed this document with the Clerk of the Court using the CM/ECF system which will send notification of each of the following: **Leura Garrett Canary, Stephen P. Feaga, David S. Luker, Daniel G. Hamm, and Tiffany Bullard McCord.**

**s/ Thomas M. Goggans**
Ala. S.J.I.S. GOG001
2030 East Second Street
Montgomery AL 36106
PH: 334.834.2511
FX: 334.834.2512
e-mail: tgoggans@tgoggans.com

Attorney for Defendant
Kelvin Artis

2