# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>MICHAEL HEATH CLARK, DEFENDANT | CASE NUMBERS<br>2:06-CR-00263-MEFSRW |

## MOTION TO WITHDRAW

**COMES NOW** the undersigned defense counsel in the above-styled matter and moves this Honorable Court for an Order allowing the withdrawal of the undersigned as counsel of record for the Defendant, by stating the following:

1. Counsel was appointed to represent the Defendant on November 29, 2006.
2. Thomas Goggans, Esq. has filed his notice of appearance at retained counsel for the Defendant.

**WHEREFORE** the above premises considered the undersigned prays this Honorable Court will issue an Order withdrawing his representation of the Defendant in the above-styled matter

**RESPECTFULLY SUBMITTED** this the 21st day of February, 2007.

**MOTION GRANTED**

THIS 23rd DAY OF February, 20 07

UNITED STATES MAGISTRATE JUDGE

DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT
560 S. MCDONOUGH ST., STE. A
MONTGOMERY, ALABAMA 36104
TELEPHONE   334-269-0269
FAX   334-323-5666

Page 1 of 2