IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| VS. | ) CASE NO. 2:06cr263-MEF |
| | ) |
| MICHAEL HEATH CLARK | ) |

**NOTICE OF INTENT TO CHANGE PLEA**

Comes now Defendant Michael Heath Clark, by and through counsel, and notifies the Court of his intent to change his previously entered plea of not guilty to guilty. Defendant waives his right to plead in front of a district judge and consents to do so before a magistrate judge. A written plea agreement will be filed within the next few days.

**s/ Thomas M. Goggans**
Ala. S.J.I.S. GOG001
2030 East Second Street
Montgomery AL 36106
PH: 334.834.2511
FX: 334.834.2512

Attorney for Defendant
Michael Heath Clark

1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| VS. | ) CASE NO. 2:06cr263-MEF |
| | ) |
| MICHAEL HEATH CLARK | ) |

CERTIFICATE OF SERVICE

I hereby certify that I have on this the 27th day of February, 2007, electronically filed this document with the Clerk of the Court using the CM/ECF system which will send notification of each of the following: **Leura Garrett Canary, Stephen P. Feaga, David S. Luker, and Tiffany Bullard McCord.**

**s/ Thomas M. Goggans**
Ala.  S.J.I.S. GOG001
2030 East Second Street
Montgomery AL 36106
PH: 334.834.2511
FX: 334.834.2512
e-mail: tgoggans@tgoggans.com

Attorney for Defendant
Michael Heath Clark

2