| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** March 5, 2007 |
| **MIDDLE DISTRICT OF ALABAMA** | **DIGITAL RECORDING:** 9:05 - 9:20 |
| | **COURT REPORTER:** Risa Entrekin |

☐ **ARRAIGNMENT**  √ **CHANGE OF PLEA**  ☐ **CONSENT PLEA**
☐ **RULE 44(c) HEARING**  ☐ **SENTENCING**

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker  **DEPUTY CLERK:** Joyce Taylor
**CASE NUMBER:** 2:06cr263-MEF  **DEFENDANT NAME:** Michael Heath Clark
**AUSA:** Stephen Feaga  **DEFENDANT ATTORNEY:** Thomas Goggans
Type counsel ( )Waived; ( √ )Retained; ( )CJA; ( )FPD
( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:** Kevin Poole
Interpreter present? ( √ )NO; ( )YES   Name:

---

☐ This is defendant's **FIRST APPEARANCE.**
☐ **Financial Affidavit** executed. **ORAL MOTION** for appointment of Counsel.
☐ **ORAL ORDER** appointing Federal Public Defender. Notice of Appearance to be filed.
☐ **WAIVER OF INDICTMENT** executed and filed.
☐ **INFORMATION** filed.
☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.
**PLEA:**   ☐ Not Guilty
√ Guilty as to:
√ Count(s): 4 of the Indictment
√ Count(s):   1   ☐ dismissed on oral motion of USA
√ to be dismissed at sentencing
√ Written plea agreement filed   ☐ **ORDERED SEALED**
√ **ORAL ORDER** Accepting Guilty Plea and Adjudicating Defendant Guilty as to Count 4 of the Indictment.
☐ **CRIMINAL TERM:**   ☐ **WAIVER OF SPEEDY TRIAL** filed.
**DISCOVERY DISCLOSURE DATE:**
√ **ORDER:** Defendant continued under √ same bond;
☐ Trial on _____; ☐ Sentencing on _____
☐ **ORDER:** Defendant remanded to custody of U. S. Marshal for:
☐ Trial on _____; or ☐ Sentencing on _____
☐ Rule 44 Hearing:  ☐ Waiver of Conflict of Interest Form executed
☐ Defendant requests time to secure new counsel