AO 245B (Rev. 06/05) Judgment in Criminal Case
Sheet 2 — Imprisonment

| | | |
|---|---|---|
| DEFENDANT: | MICHAEL HEATH CLARK | Judgment — Page 2 of 6 |
| CASE NUMBER: | 2:06CR263-MEF | |

## IMPRISONMENT

2007 OCT -4 P 6:03

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

**Thirty (30) months.**

X The court makes the following recommendations to the Bureau of Prisons:
**The Court recommends that defendant be designated to a facility with an Intensive Residential Substance Abuse Treatment Program.
The Court further recommends that defendant be evaluated by the Federal Bureau of Prisons for any needed medical care and if necessary to a medical facility based upon defendants needs.**

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____.

☐ as notified by the United States Marshal.

X The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

X before 2 p.m. on **October 2, 2007**.

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

RETURNED AND FILED

OCT - 5 2007

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

Defendant delivered on  10-2-2007  to  FPC MON

at  Maxwell AFB, AL 36112 , with a certified copy of this judgment.

D. DREW WARDEN
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL